**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Demond O'Neil PARKER, a/k/a Neil, Defendant—Appellant.**

No. 08–8463.

United States Court of Appeals, Fourth Circuit.

Submitted: May 28, 2009.

Decided: June 4, 2009.

Demond O'Neil Parker, Appellant Pro Se. Anthony Paul Giorno, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demond O'Neil Parker appeals the district court's order granting his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we deny Parker's motions to: vacate the district court's order, appoint counsel, and remand the case, and we affirm for the reasons stated by the district court. *United States v. Parker*, No. 6:99–cr–70054–nkm–9 (W.D.Va. Oct. 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*